**2010–0360.  In re Application of Carcione.**

On February 26, 2010, the Board of Commissioners on Character and Fitness filed its final report in this court pursuant to Gov.Bar R. I(12)(E), recommending that Collette Jeannine Carcione's application for admission to the Ohio bar be disapproved because she violated bar examination rules by returning to questions after time was called. No objections were filed. Upon consideration thereof,

It is ordered by the court that consistent with the recommendation of the board, the application of Collette Jeanine Carcione for admission to the practice of law in Ohio is disapproved and that she be permitted to reapply for admission in November 2010 by filing a supplemental character questionnaire. Upon reapplication, Collette Jeanine Carcione shall undergo review by the board, and upon a recommendation of approval by the board, she shall be admitted to the practice of law in Ohio.

BROWN, C.J., not participating.

**2010–0361.  In re Application of Ciepiel.**

On February 26, 2010, the Board of Commissioners on Character and Fitness filed its final report in this court pursuant to Gov.Bar R. I(12)(E), recommending that Mark Joseph Ciepiel's application for admission to the Ohio bar be disapproved because he violated bar examination rules by returning to a question after time was called. No objections were filed. Upon consideration thereof,

It is ordered by the court that consistent with the recommendation of the board, the application of Mark Joseph Ciepiel for admission to the practice of law in Ohio is disapproved and that he be permitted to reapply for admission in August 2010 by filing a supplemental character questionnaire. Upon reapplication, Mark Joseph Ciepiel shall undergo review by the board, and upon a recommendation of approval by the board, he shall be admitted to the practice of law in Ohio.

BROWN, C.J., not participating.

**2010–0362.  In re Application of Hauch.**

On February 26, 2010, the Board of Commissioners on Character and Fitness filed its final report in this court pursuant to Gov.Bar R. I(12)(E), recommending that James Victor Hauch's application for admission to the Ohio bar be disapproved because he violated bar examination rules by returning to a Multistate Performance Test item after time was called. No objections were filed. Upon consideration thereof,

It is ordered by the court that consistent with the recommendation of the board, the application of James Victor Hauch for admission to the practice of law in Ohio is disapproved and that he be permitted to reapply for admission in July 2010 by filing a supplemental character questionnaire. Upon reapplication, James Victor Hauch shall undergo review by the board, and upon a recommendation of approval by the board, he shall be admitted to the practice of law in Ohio.

BROWN, C.J., not participating.

**2010–0363.  In re Application of DeBord.**

On February 26, 2010, the Board of Commissioners on Character and Fitness filed its final report in this court pursuant to Gov.Bar R. I(12)(E), recommending that Andrew Evans DeBord's application for admission to the Ohio bar be disapproved because he violated bar examination rules by returning to questions after time was called. No objections were filed. Upon consideration thereof,

It is ordered by the court that consistent with the recommendation of the board, the application of Andrew Evans DeBord for admission to the practice of law in Ohio is disapproved and that he be permitted to reapply for admission in November 2010 by filing a supplemental character questionnaire. Upon reapplication, Andrew Evans DeBord shall undergo review by the board, and upon a recommendation of approval by the board, he shall be admitted to the practice of law in Ohio.

Respondent's motion to maintain board papers under seal and to seal the Supreme Court file is denied.

BROWN, C.J., not participating.